ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fluid Filtration Manufacturing Corp. | ) ASBCA No. 63241 |
| | ) |
| Under Contract No. SPMYM4-19-P-0423 | ) |

APPEARANCES FOR THE APPELLANT:    Christopher S. Young, Esq.
Erin D. Brooks, Esq.
  Business & Technology Law Group
  Columbia, MD

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Julie K. Phillips, Esq.
  Trial Attorney
  DLA Land and Maritime
  Columbus, OH

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 27, 2022

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63241, Appeal of Fluid Filtration Manufacturing Corp., rendered in conformance with the Board's Charter.

Dated: October 28, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals